UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

```
                                          :
JAMES ABRAHAM, et al.,                    :
                          Plaintiffs,     :
                                          :
            -v-                           :
                                          :
RICHARD AQUILONE,                         :
                          Defendant.  :
                                          :
```

-------------------------------------------------------- X

11 Civ. 5947 (KBF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 4 2012

KATHERINE B. FORREST, District Judge:

Pursuant to the Court's Order of July 25, 2012, Defendant's counsel was ordered to provide a letter to the Court every three months to update the Court on the status of defendant's criminal proceedings while the above-captioned matter is stayed. The Court has not received the first such letter, which was due October 25, 2012.

Defendant's counsel is hereby ordered to comply with the Order of July 25 and submit a letter updating the court on the status of defendants criminal matter no later than Monday, November 19, 2012.

SO ORDERED.

Dated:     New York, New York
           November 14, 2012

_____
KATHERINE B. FORREST
United States District Judge