# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
630 THIRD AVENUE, 3RD FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2012

WRITER'S DIRECT DIAL:
E-MAIL:   (212) 447-4632
          Rgonzalez@rubinfiorella.com

November 15, 2012

**Via:  E-Mail (ForrestNYSDChambers@nysd.uscourts.gov)
       And Regular Mail**

Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 745
New York, New York 10007-1581

      **Re:   JAMES ABRAHAM, ET AL. v. RICHARD AQUILONE, JR.
              Index No.: 11-cv-05947 (KBF)
              Our File No.:   628-16385**

Dear Judge Forrest:

    We are counsel for defendant, Richard Aquilone, Jr., in the above captioned marine collision matter.

    Per Your Honor's Orders of **July 25, 2012** and **November 15, 2012**, we hereby provide the Court with an update on the status of defendant's criminal proceeding before the State of New York:

    On **September 13, 2012**, defendant was indicted in the Supreme Court of the State of New York, County of New York, Indictment Num. 3325/2012.

    Defendant's counsel submitted an initial discovery demand letter to the Assistant District Attorney, requesting access to and discovery of evidence pursuant to applicable New York Criminal Procedure Law. The Assistant District Attorney has not yet granted defendant access to the requested evidence.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2012

Honorable Katherine B. Forrest
United States District Judge
November 15, 2012
Page 2 of 2

On **October 29, 2012**, defendant was scheduled to appear before Judge Stone for a status conference. However, due to the effects of Hurricane Sandy, this conference was postponed until **November 19, 2012**. Defendant's counsel intends to present a motion to dismiss the charges before Judge Stone at the upcoming conference.

The criminal proceedings remain open at this time.

Per Your Honor's Order, we will continue to monitor this matter, update the Court every three (3) months as the criminal proceedings remain open, and we will notify the Court immediately when these are resolved.

Very respectfully,

Richard González

JEM/RG/bl

**Copy: Via Email (Amaloney@kreindler.com)**

Andrew J. Maloney, III
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, NY 10017
*Attorneys for Plaintiffs,*
*James Abraham, Patrick Hasan, and*
*Varghese Puthuvamkunnath, and*
*Salomy Puthuvamkunnath*

RUBIN, FIORELLA & FRIEDMAN LLP